IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No:  1:19-cv-01092-MEH          Date:  June 19, 2019
Courtroom Deputy:  Molly Davenport          FTR:  Courtroom A 501

*Parties:*                                         *Counsel:*

HASAN JONES,                                       Zachary Warren

    Plaintiff,

v.

DEAN WILLIAMS, et al,                              Cole Woodward
                                                   Karen Lorenz

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:**     **10:19 a.m.**

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE
SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:**                  **April 30, 2020**
**Dispositive Motion Deadline:**         **May 29, 2020**

**Final Pretrial Conference:**  **July 20, 2020 at 1:00 p.m**. before U.S. Magistrate Judge Michael E.
Hegarty in Courtroom A 501, Arraj Courthouse. In addition to filing
a PDF copy with the Clerk of the Court, counsel should **e-mail** the
proposed Final Pretrial Order in **Word or WordPerfect format** to
Magistrate Judge Hegarty's chamber's email account at
Hegarty_Chambers@cod.uscourts.gov **one week prior to the
conference.**

**Court in recess:**     **10:32 a.m.**     **(Hearing concluded)**
**Total time in Court: 0:13**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB
Court Reporting & Video, Inc. at (303) 629-8534.