AR Form 300-16RD Attachment A (07/01/15)



# Use of Force Report

| 1. Shift Commander/Supervisor Information: | |
|---|---|
| DOC Employee Name:<br>Micheal Tidwell | DOC Employee Rank:<br>CO IV |

| 2. Identification of Subject: | | | |
|---|---|---|---|
| Subjects Name: (Last, First, MI)<br>Jones, Hasan | DOC Number:173427 | Sex:<br>Male | Facility/Unit/Cell:<br>SCF/LU32/B102 |
| Location of Incident:<br>T-South Dining Hall | Date of Incident:<br>4/13/2017 | Time of Incident:<br>12:55P.M. | Date/Time Duty Officer Notified:<br>4/13/17  1:40P.M. |

### 3. Reason/Justification for the Use of Force:

☒ Necessary to restrain/effect arrest ☐ Necessary to prevent property damage

☐ Necessary to defend reporting officer ☐ Necessary to prevent offender from inflicting self-injury

☐ Necessary to prevent escape ☐ Mental Health Disorder/Other

### 4. Medical Examination:

| Name of Attending Medical DOC Employee/Contract Worker: (Last, First, MI)<br>Kelsey Dillinger | |
|---|---|
| Location of Medical Examination:<br>Living Unit 6 Observation Cell | Date/Time:<br>4/13/2017  1:45P.M. |

☐ Check if offender refused to allow for a medical examination:

### 5. Subjects Actions:

A. At the time of the incident the subject was:

☐ Suspected of being under the influence of alcohol
☐ Suspected of being under the influence of chemical drugs
☐ Suspected of having a mental disorder
☒ Unknown

B. Level of Resistance by Subject (Explain in Detail): Passive Resistance

☐ Psychological Intimidation:

☐ Verbal Non-Compliance:

☒ Passive Resistance: Passive Resistance, the offender refused to allow staff to place wrist restraints on him.

☐ Defensive Resistance:

☐ Active Aggression:

| | |
|---|---|
| ☐ Deadly Force Assault/Type of Weapon: | |

**6. Level of Control Utilized by DOC Employees:**

A. ☒ **Verbal Direction** – Detail Commands/Directions Given: Sgt. Bradshaw, "put your arms out front of you".

B. **Soft Empty Hand Control:**

    ☐ Strength Techniques:

    ☐ Joint Locks:

    ☐ Touch Pressure Points (Location):

    ☐ Restraint Chair Used:

C. **Hard Empty Hand Control:**

    ☐ Hand Strike (Location):

    ☐ Leg/Knee/Foot Strike (Location):

    ☐ Shoulder Pin/Level Used:

D. **Soft Intermediate Control:**

    ☒ Oleoresin Capsicum (OC): (Location of Use) Sgt. Bradshaw, OC sprayed to the head of face of the offender.

    ☐ TASER/Electronic Immobilization Device: (Probes/Drive Stun/Location/Type)

    TASER Serial Number:
    Type of Cartridge:
    Cartridge Serial Number:

E. **Hard Intermediate Control:**

    ☐ Chemical Agents (CS & CN): (Type & Location of use)

    ☐ Impact Weapons: (Type & Location of Strike)

    ☐ Impact Munitions: (Type of Round & Location of Use)

    ☐ Pepper Ball Launcher: (Type of Round & Location of Use)

| F. | Lethal Encounter/Lethal Weapon Used: |
|---|---|

Presented:   ☐ Yes   ☒ No        ☐ Low Ready   ☐ High Ready

Discharged:   ☐ Yes   ☒ No

Was Subject Struck:   ☐ Yes        ☐ No

Type of Weapon:            Serial Number:            Total Number of Rounds Fired:

**7. Evidence:**

Describe evidence obtained and disposition including photos/videos: PCDCIS Report #1005169, Anatomical Evalutaion, Supervision log. There is no video evidence available for this incident.

**8. Staff Injury:**

Name of injured staff member and nature of injury/complaint: N/A

**9. Accidental Discharge of Firearm/Taser:**

Accidental Discharge of Firearm/TASER:  ☐ Yes     ☒ No

Description/Explanation:

**10. Names/Assignment of DOC Employee/Contract Worker Involved In Use of Force Incident:**

| Name/Department: | Title/Rank: | Involvement & Contact Info: |
|---|---|---|
| Clay Bradshaw/SCF/ES | CO II | Sprayed offender with OC 970-521-5010 |
| Benjamin Albright/SCF/EH | CO II | Escorted offender out of Dining Hall 970-521-5010 |
| Joshua Landis/SCF/ES | CO I | Escorting staff 970-521-5010 |
| Rod Glissman/SCF/ES | CO III | Escorting staff 970-521-5010 |
| Christina Boeck/SCF/ES | CO I | Present in Dining Hall, minimal involvement 970-521-5010 |
| Kelsey Dillinger/SCF/Clinical Service | Nurse I | Anatomical Evaluation 970-521-5010 |
| Nathan Wagner/SCF/ES | CO III | Shift Leader 970-521-5010 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

CDOC/Jones-00003

| 11. Names/DOC Numbers or DOB's of Other Involved Subjects: | | |
|---|---|---|
| Name: | DOC Number or DOB: | Involvement: |
| | | |
| | | |
| | | |
| | | |

**12. Shift Commander/Supervisors Narrative/Summary:** (Include law enforcement, medical, management notifications, responses, actions, report numbers, evidence disposition, etc..)

On April 13th, 2017 at approximately 12:55 P.M. Offender Jones, Hasan #173427 was refusing directives given by Sgt. Bradshaw to leave the T-South Dining hall. Offender Jones continued to display Passive Resistance and would not leave as directed. Sgt. Bradshaw ordered offender Jones to cuff up and the offender refused. Sgt. Bradshaw displayed the oleoresin capsicum and again ordered the offender to cuff up, the offender refused. Sgt. Bradshaw then dispersed OC to the head and face. The offender was then placed in wrist restraints and escorted out of the Dining Hall by Sgt. Albright and CO Landis then to Receiving by CO Landis and Lt. Wagner for a decontamination shower. The offender took a 20 minute decontamination shower. The offender was escorted to Living Unit 5 by Lt. Glissman and CO Landis and placed under direct observation in the living unit six observation cell. An anatomical evaluation was completed by Nurse Dillinger and a Mental Health evaluation was completed. All notifications have been made.

Duty Officer notified @ 1:40 PM        Warden notified @ 1:50 PM

**13. Authentication:**

| Signature of Shift Commander/Supervisor:<br><br>Print Name: Micheal Tidwell        Signature: *[signature]* | Date/Time of Report:<br>4/13/2017<br>12:55P.M. | Date/Time Duty Officer Notified:<br>4/13/2017<br>1:40P.M. |
|---|---|---|

Issues/Concerns/Comments: Use of force is in accordance with policy.
Comment: Responder call should be made when the offender presents as non-compliant, not after OC is displayed for use.
Staff, when possible, should consider cause and effect when applying a decided level of force to obtain compliance. Soft empty hand techniques may have provided the desired outcome with the offender that was passive resistant, minimizing the disruption of facility operations.

| Signature of Duty Officer/Custody Control Manager/Parole Manager:<br><br>Print Name: C. Deal        Signature: *[signature]* | Date/Time of Report:<br>4/18/17 4:20 PM |
|---|---|

Distribution:
ORIGINAL- Administrative Head, Designee
COPY – Prison Operations or Adult Parole Use of Force Coordinator

Attachment A
Page 4 of 4