AR Form 300-16RD Attachment B (01/15/2015)


**COLORADO**
Department of Corrections

**USE OF FORCE
AFTER ACTION REVIEW**

*To be initiated by a Management Level Staff Member:*

| Offender(s) Name: Jones, Hasan | | | DOC Number 173427 |
|---|---|---|---|
| Facility/Location: T-South Dining Hall Sterling Correctional Facility | | Date of Incident: 4/13/2017 | Time of Incident: 1:40 p.m. |

Incident Narrative: (Reason / Justification for the Use of Force)

On April 13, 2017 at approximately 12:55 p.m., SCF Staff gave Offender Jones, Hasan 173427 a directive to leave the T-South dining hall. Offender Jones was passive resistant and did not comply with the staff members directives. Offender Jones was directed to submit to wrist restraints, to which he refused. Staff dispersed OC to the head and facial area of Offender Jones. Offender Jones was placed into wrist restraints and escorted to Intake for decontamination. After completion of his decontamination shower, Offender Jones was escorted to LU 6 observation cell. Medical staff completed an anatomical assessment noting only minor injuries. Mental Health staff completed an assessment prior to Offender Jones being removed from population. No staff injuries were noted during the incident.

Was the offender interviewed as part of this review: ☐ Yes ☒ No ☐ N/A

### NAMES / ASSIGNMENT OF DOC EMPLOYEE / CONTRACT WORKER INTERVIEWED:

| Name / Department: | Title / Rank: | Involvement & Contact Info: |
|---|---|---|
| Bradshaw, Clay/ East Security | Sergeant | Used Force/970-521-8902 |
| | | |
| | | |

### NAMES / DOC NUMBERS OR DOB'S OF OTHER INVOLVED SUBJECTS INTERVIEWED:

| Name: | DOC Number or DOB: | Involvement: |
|---|---|---|
| | | |
| | | |

### DOCUMENTATION REVIEWED

| | |
|---|---|
| AR FORM 300-16RD Attachment A, Use of Force Report | ☒ Yes ☐ No ☐ N/A |
| AR FORM 300-16RD Attachment F, Intensive Supervision Log | ☒ Yes ☐ No ☐ N/A |
| PCDCIS Incident Reports: Numbers #: 1005169<br><br>Did all involved employees complete an incident report: ☒ Yes ☐ No | ☒ Yes ☐ No ☐ N/A |
| Video and/or Pictures: Multiplexer Footage | ☒ Yes ☐ No ☐ N/A |
| Medical Anatomical Reports: RN Dillinger, Kelsey – Anatomical Assessment attached.<br><br>Were injuries sustained: ☒ Yes ☐ No | ☒ Yes ☐ No ☐ N/A |
| Comments: Jones, Hasan 173427 – minor injury as noted on attached anatomical assessment. | |

### RECORDING / PHOTOGRAPHS

| | |
|---|---|
| Was the Use of Force Planned: | ☐ Yes ☒ No ☐ N/A |
| Was the Use of Force Recorded (Video and / or Audio): Multiplexer Footage (SAVED to: \\DOC – VSOL\VIDEO) | ☒ Yes ☐ No ☐ N/A |
| Was the Video and/or Audio recordings reviewed as part of this review: | ☒ Yes ☐ No ☐ N/A |

CDOC/Jones-00005

| Comments: | | | |
|---|---|---|---|
| *Attach and submit a copy of the Video / Audio recordings. | | | |
| **FORCED CELL ENTRY** | | | |
| Was the briefing Video & Audio Recorded: | ☐ Yes | ☐ No | ☒ N/A |
| Was there a clear Briefing and Introduction of Forced Cell Entry Team Members: | ☐ Yes | ☐ No | ☒ N/A |
| Was there a statement from Clinical Services concerning forced cell option: | ☐ Yes | ☐ No | ☒ N/A |
| Was the Direct Order issued to the Offender to Comply Video & Audio Recorded: | ☐ Yes | ☐ No | ☒ N/A |
| Was the Offender provided with an opportunity to comply: | ☐ Yes | ☐ No | ☒ N/A |
| Was appropriate protective equipment issued and used: | ☐ Yes | ☐ No | ☒ N/A |
| Was the Video Equipment focused on the offender during the forced cell entry: | ☐ Yes | ☐ No | ☒ N/A |
| Comments: | | | |
| *Attach and submit a copy of the Video / Audio recordings. | | | |
| **REQUIRED NOTIFICATIONS / APPROVAL** | | | |
| Reported to the Facility Duty Officer:   Major Dave Scherbarth – On Grounds<br><br>When (date/time):   4/13/2017   1:40 p.m. | ☒ Yes | ☐ No | ☐ N/A |
| Reported to the Appointing Authority / designee: Warden Matthew Hansen<br><br>When (date/time):   4/13/2017   2:00 p.m. | ☒ Yes | ☐ No | ☐ N/A |
| Reported to the appropriate Director / Deputy Director:  Deputy Direct Sean Foster<br><br>When (date/time) :   4/13/2017   2:40 p.m. | ☒ Yes | ☐ No | ☐ N/A |
| Comments: | | | |
| **OVERALL IMPRESSIONS OF USE OF FORCE INCIDENT** | | | |
| Comments / Issues / Concerns: (Examples:  Policy / Procedures, Staff Safety, Staff Training, Offender Safety, Security Equipment, Physical Plant)<br>Staff actions were not within the scope of policy. | | | |
| **RECOMMENDATIONS / COMMENTS** | | | |
| The Use of Force was Appropriate, Justified and applied in accordance with Departmental Policy: | ☐ Yes | ☒ No | ☐ N/A |
| The Use of Force was Justified but Excessive: | ☒ Yes | ☐ No | ☐ N/A |
| The Use of Force was NOT Appropriate or Justified and was Excessive: | ☒ Yes | ☐ No | ☐ N/A |
| I support the Use of Force: | ☐ Yes | ☒ No | ☐ N/A |
| I support the actions of all employees involved: | ☐ Yes | ☒ No | ☐ N/A |

Comments:

- As noted in the 3 day review.
- The Use of Force Report indicates that there was not video, however video was located, saved, and will be made part of this packet.
- During the Interview with Sgt Bradshaw, It was explained that an accommodation permits equal access and is not forced seating. Sgt Bradshaw was also provided with options and totality of the circumstances with regards to the force used.
- The actions and justification of Sgt Bradshaw's directives for the offender to move to an ADA table were not warranted.
- Based on the Offenders' non compliance to a directive to be restrained; staff response to use force was within policy but excessive.
- East Custody and Control Manager will follow up and provide appropriate PMP with Sgt. Bradshaw.

Administrative Manager / Major Ray Higgins    Signature [signed]    Date 4/27/17
Reviewer Completing Assessment
(Print Name / Title)

### APPOINTING AUTHORITY REVIEW / APPROVAL

| Statement | Response |
|---|---|
| I have reviewed all of the documentation provided regarding the Use of Force: | ☒ |
| I have determined that the Use of Force was appropriate and justified: | ☒ Yes ☐ No ☐ N/A |
| I have reviewed the actions of all employees involved: | ☒ |
| I support the actions of all employees involved: | ☒ Yes ☐ No ☐ N/A |
| I recommend the following action(s): | ☒ Close – no further action required |
| ☐ Internal Fact Finding Committee Review | ☐ External Fact Finding Committee Review |
| ☐ Headquarters Director of Prisons Review | ☐ Office of the Inspector General Review |

The following actions (*policy, procedures, staff training, revision, modifications, etc.*) shall be taken:

Review for performance action as recommended

Comments:

Warden / Matthew Hansen    Signature [signed]    Date 4/28/17
Appointing Authority
(Print Name)

Distribution:
ORIGINAL- Administrative Head, Designee
COPY – Prison Operations or Adult Parole Use of Force Coordinator

CDOC/Jones-00007